FILED
2018 Apr-19 AM 08:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| DAFANY ISOM, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. |
| | ) 7:16-cv-01539-AKK-HNJ |
| A. WASHINGTON-ADDUCI, | ) |
| Warden, et al., | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on March 30, 2018, recommending the petition for writ of habeas corpus filed by Dafany Isom be denied. Doc. 14. Isom filed objections to the report and recommendation on April 16, 2018. Doc. 15. Isom repeats that her August 26, 2010, State of Tennessee parole revocation garnered a twelve (12) month sentence, and argues that if the U.S. Marshals had transferred her back to Dyer County Jail after her January 2011 federal arraignment, the Tennessee parole board would have granted her re-release on parole in July 2011. *Id.* at 1. Nonetheless, Isom produces no documentary evidence establishing that she received a twelve (12) month parole revocation sentence and no evidence to support her speculative contention as to re-release on parole after serving that sentence.

Isom also argues that the Tennessee Department of Corrections ("TDOC") claimed her "as an inmate . . . from July 20, 2010 to January 18, 2011 and from December 21, 2012 to September 16, 2013." *Id.* at 4. This statement infers TDOC did not claim her as an inmate between January 19, 2011, and December 20, 2012, but Isom produces no evidence to support this allegation. Additionally, her September 16, 2013, re-release on parole belies any contention that the State of Tennessee did not act as her primary custodian between July 20, 2010, and September 16, 2013.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the court **ORDERS** that the petition for writ of habeas corpus is **DENIED**.

**DONE** the 19th day of April, 2018.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE